_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
April 28, 2022

George Haines, Esq.
State Bar No. 9411
Benjamin Chambliss, Esq.
State Bar No. 11536
FREEDOM LAW FIRM, LLC
8985 S. Eastern Ave. Ste. 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
info@freedomlegalteam.com
*Attorneys for Debtor*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Case No: BK-S-16-12046-ABL |
| --- | --- |
| **FARSHAD KOURANKI,** | Chapter 13 |
| Debtor(s). | Hearing Date: April 28, 2022<br>Hearing Time: 10:30 AM |

### ORDER PERMITTING DEBTOR TO SELL REAL PROPERTY ON OST

The above Motion having come on for hearing at the above date and time, appearances having been noted on the record, argument having been heard, for the reasons set forth at the hearing on the Motion, and for good cause appearing:

IT IS HEREBY ORDERED that Debtor's motion to sell real property located at 11740 Marina Grande Court, Las Vegas, Nevada, 89138 (the "Property") is GRANTED;

IT IS FURTHER ORDERED that Debtor is allowed to sell the Property free and clear of all liens pursuant to 11 U.S.C. § 363(f);

1  IT IS FURTHER ORDERED that the sale is in good faith as per 11 U.S.C. § 363(m);

2  IT IS FURTHER ORDERED that, upon completion of the sale Debtor's loan with Servicing Corporation (the "lienholder") in the estimated amount of $389,706.86 will be paid in full, as determined by the date demand is made upon the Lienholder based upon an unexpired payoff quote, before satisfying any other lien on the Property;

IT IS FURTHER ORDERED that Lienholder's claim shall be paid in full before satisfying any other lien on the Property. Lienholder shall be permitted to submit an updated payoff demand to the applicable escrow or Title Company facilitating the sale so that Lienholder's claim is paid in full at the time the sale of the Property is finalized. In the event the sale of the Property does not take place, Lienholder shall retain its lien against the Property for the full amount due under the subject loan;

IT IS FURTHER ORDERED upon the from the sale proceeds, the applicable escrow or Title Company shall disburse $5,000.00 directly to Chapter 13 Trustee Rick A. Yarnall, with such funds being paid by check bearing the Debtor's name and case number, and such check being made payable to RICK A. YARNALL and delivered by mail to the Trustee at 701 BRIDGER AVE., #820, LAS VEGAS, NV 89101;

IT IS FURTHER ORDERED that, upon the close of the sale, any additional net proceeds from the sale shall be paid from escrow directly to Debtor;

IT IS FURTHER ORDERED that in the interest of expediency the 14-day stay imposed by Fed. R. Bank. P. 6004(h) is waived;

IT IS FURTHER ORDERED that Debtor shall forward the closing documents RICK A. YARNALL, 701 BRIDGER AVE., #820, LAS VEGAS, NV 89101;

/ / /

/ / /

IT IS SO ORDERED.

Respectfully submitted by:

/s/ Benjamin M. Chambliss, Esq.
Benjamin M. Chambliss, Esq.
FREEDOM LAW FIRM, LLC
*Attorneys for Debtor*

### ALTERNATIVE METHOD UNDER LOCAL RULE 9021

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

_X_ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond , as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

/s/ Benjamin M. Chambliss, Esq.                    Date: April 28, 2022
Benjamin M. Chambliss, Esq.
FREEDOM LAW FIRM, LLC
*Attorneys for Debtor*

###